IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation<br><br>　　　　Plaintiff,<br><br>v.<br><br>MonsterZ LLC, a Florida limited liability company; and Jayge Marshall, an individual<br>　　　　Defendants. | Case No. 3:24-cv-00177-TKW-ZCB<br>**MOTION FOR PRO HAC VICE ADMISSION** |

　　I, Andrew J. Dhuey, an active member in good standing of the State Bar of California, hereby respectfully apply for admission to practice pro hac vice in the Northern District of Florida representing Defendants MonsterZ LLC and Jayge Marshall in the above-entitled action. I am an active member in good standing of the State Bar of California; my bar number is: 161286. I am also an active member in good standing of the bar of the U.S. Court of Appeals for the Eleventh Circuit.

　　A true and correct copy of a certificate of good standing from the Supreme Court of California is attached to this application. I have not previously appeared pro hac vice in any court in the State of Florida. I have successfully completed this Court's Attorney Admission Tutorial; my Confirmation Number is FLND17138850521606.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: April 24, 2024　　　　　　　　　　　　By: /s/ Andrew J. Dhuey

　　　　　　　　　　　　　　　　　　　　　　Andrew J. Dhuey
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　　MonsterZ LLC and Jayge Marshall



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### ANDREW JOHN DHUEY

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ANDREW JOHN DHUEY, #161286, was on the 14th day of December 1992 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 12th day of April 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
T. Ma Deputy Clerk